APRIL 16, 1984

No. 83–1422. CITY OF PLEASANTON ET AL. *v.* SMITH ET AL. Affirmed on appeal from D. C. W. D. Tex.

No. 83–985. SOUTHERN PACIFIC TRANSPORTATION CO. *v.* PUBLIC UTILITIES COMMISSION OF CALIFORNIA ET AL.; and SOUTHERN PACIFIC TRANSPORTATION CO. ET AL. *v.* PUBLIC UTILITIES COMMISSION OF CALIFORNIA ET AL. Appeals from Sup. Ct. Cal. dismissed for want of substantial federal question.

No. 83–1251. NATIONAL LIBERTY LIFE INSURANCE CO. *v.* STATE BOARD OF EQUALIZATION; and
No. 83–1264. ILLINOIS COMMERCIAL MEN'S ASSN. *v.* STATE BOARD OF EQUALIZATION. Appeals from Sup. Ct. Cal. dismissed for want of substantial federal question. Reported below: 34 Cal. 3d 839, 671 P. 2d 349.

No. 83–1397. MINNEAPOLIS POLICE RELIEF ASSN. ET AL. *v.* SUNDQUIST, COMMISSIONER OF EMPLOYEE RELATIONS OF MINNESOTA, ET AL. Appeal from Sup. Ct. Minn. dismissed for want of substantial federal question.

No. 83–1472. HORNE *v.* CHAFIN ET AL. Appeal from Sup. Ct. N. C. dismissed for want of substantial federal question.

No. 83–1371. PERATI *v.* CUTTER. Appeal from Ct. App. Cal., 1st App. Dist., dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 83–1409. BERGEN PINES COUNTY HOSPITAL *v.* NEW JERSEY DEPARTMENT OF HUMAN SERVICES ET AL. Appeal from Super. Ct. N. J., App. Div., dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.